In the Matter of the Claim of EVELYN HENDRIX, Appellant, v. HENDRICKSON BROTHERS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present —

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.